THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED FINANCIAL CASUALTY
COMPANY, an Ohio Corporation,

Plaintiff,

v.

BEST LOGISTIC SERVICE LLC, a
Washington Limited Liability Company

Defendants.

Case No.  2:26-cv-00400-JCC

[~~PROPOSED~~] ORDER GRANTING
MOTION FOR DEFAULT JUDGMENT
AGAINST BEST LOGISTIC SERVICE
LLC

Note on Motion Calendar: May 15, 2026

The Court has reviewed the Motion for Default Judgment filed by Plaintiff United Financial Casualty Company ("UFCC") against Defendant Best Logistic Service LLC ("Best") (**Dkt. 13**). This Court, being fully advised and having considered the briefing presented by UFCC hereby GRANTS the Motion and ORDERS that Judgment is entered as follows:

(1)      UFCC seeks adjudication that there is no coverage under Policy No. 04353377-002 for a container stowed with "Foodstuffs" or "Food Preservatives" (the "Cargo") loaded on Best's trailer towed by a Best vehicle in Virginia for transport by motor carriage to the consignee in Wilsonville, Oregon, on or around April 24, 2024. The Cargo was allegedly unusable because the seal was broken, and a different colored seal was substituted during transport and the Cargo arrived in a different container and trailer (the "Cargo Loss").

(2)      An actual controversy exists between UFCC and Best with respect to UFCC's obligations and duties under Policy No. 04353377-002 to defend and indemnify Best against any

[~~PROPOSED~~] ORDER GRANTING MOTION FOR
DEFAULT JUDGMENT AGAINST BEST LOGISTIC
SERVICE LLC
CASE NO. 2:26-cv-00400-JCC - 1

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

and all claims and causes of action for the Cargo Loss asserted by any third party, insurer, subrogee, or owner of the Cargo.

(3)    Pursuant to 28 U.S.C. §§ 2201, 2202, UFCC has no duty to defend or indemnify Best, or any successor in interest, or any third party, including but not limited to Arrive Logistics, or the Cargo Owner or its insurer, for any claims arising out of the transport of the Cargo or the Cargo Loss.

(4)    UFCC has no duty to pay any claim for or on behalf of Best, or to any third party for the Cargo Loss because the Cargo Loss is not covered under the terms and conditions of Policy No 04353377-002.

IT IS SO ORDERED.

Dated this 15th day of May 2026.


_____
THE HONORABLE JOHN C. COUGHENOUR

Presented by:

BALLARD SPAHR LLP


By:   *s/ Katie Matison*
        Katie Smith Matison, WSBA No. 20737
        Erika O'Sullivan, WSBA No. 57556
        1301 Second Avenue, Suite 2800
        Seattle, Washington 98101
        Telephone:  206.223.7000
        matisonk@ballardspahr.com
        osullivane@ballardspahr.com

*Attorneys for United Financial Casualty Company*

[PROPOSED] ORDER GRANTING MOTION FOR
DEFAULT JUDGMENT AGAINST BEST LOGISTIC
SERVICE LLC
CASE NO. 2:26-cv-00400-JCC - 2

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107